George C. DIX, Appellant, v. Ismael Nieto PINEDA, as Fiscal Interventor of the Republic of Honduras, Appellee.

No. 13424.

United States Court of Appeals
Ninth Circuit.

May 15, 1953.

Bacigalupi, Elkus & Salinger, Claude N. Rosenberg, San Francisco, Cal., for appellant.

Victor E. Cappa, San Francisco, Cal., for appellee.

Before MATHEWS, HEALY and ORR, Circuit Judges.

PER CURIAM.

On the grounds and for the reasons stated in its opinion, Dix v. Bank of California National Assn., D.C.N.D.Cal., 113 F.Supp. 823, the judgment of the District Court is affirmed.

Richard J. CHILDERS, for Himself and Other Members of a Class Similarly Situated, Appellant, v. The BROTHERHOOD OF RAILROAD TRAINMEN, a Voluntary Unincorporated Association, etc., et al.

No. 14775.

United States Court of Appeals
Eighth Circuit.

Aug. 5, 1953.

Robert L. Robertson and Fred J. Freel, Kansas City, Mo., for appellant.

John Murphy, Horace F. Blackwell, Jr., and Sam D. Parker, Kansas City, Mo., for appellees.

PER CURIAM.

Appeal from District Court dismissed with prejudice at appellant's cost, on stipulation of parties.

COMMISSIONER OF INTERNAL REVENUE, Petitioner, v. HAWKEYE PETROLEUM CORPORATION.

No. 14853.

United States Court of Appeals
Eighth Circuit.

Aug. 11, 1953.

H. Brian Holland, Asst. Atty. Gen., Ellis N. Slack, Sp. Asst. to Atty. Gen., Harry Marselli, Sp. Asst. to Atty. Gen., Charles W. Davis, Chief Counsel, Bureau of Internal Revenue, and Claude R. Marshall, Attorney, Bureau of Internal Revenue, Washington, D. C., for petitioner.

Rex H. Fowler and Howard Steele, Des Moines, Iowa, for respondent.

PER CURIAM.

Petition for Review of Decision of Tax Court dismissed without costs to either party in this Court, on stipulation of parties. 18 T.C. 1223.